# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**DANJEL GJEKA #220 187 911**                    **CASE NO.  1:26-CV-00281 SEC P**

**VERSUS**                                       **JUDGE JAMES D. CAIN, JR.**

**SHAD RICE ET AL**                              **MAGISTRATE JUDGE CAROL B. WHITEHURST**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Danjel Gjeka's Fourth Amendment claim is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Petitioner's remaining claims are **DENIED AND DISMISSED WITH PREJUDICE**.

 **THUS DONE AND SIGNED** in Chambers on the 18th day of June, 2026.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE